AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED
NOV 2 4 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>AMOS DEKENDRIC PARKER<br><br>_Defendant(s)_ | Case No. 2:21-mj-1154-JG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 5, 2021** in the county of **Pasquotank** in the
**Eastern** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 US. 922(g)(1) | Possession of Ammunition by Convicted Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

On this day, **CHRISTOPHER A. HEDGES** appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Criminal Complaint.

_Complainant's signature_

Christopher A. Hedges, SA FBI
_Printed name and title_

Date: **24 November 2021**

_Judge's signature_

JAMES E. GATES, United States Magistrate Judge
_Printed name and title_

City and state: Raleigh, North Carolina

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## Probable Cause Affidavit

I, Christopher A. Hedges, hereinafter designated as affiant, having been duly sworn according to law depose and state that:

1. Affiant is employed as a Special Agent (S/A) for the Federal Bureau of Investigation (hereinafter FBI) and has been so employed since September, 2004. In this capacity, I have conducted investigations related to federal firearms law in various criminal matters.

2. Affiant's duties include, but are not limited to, enforcing the federal firearms laws as well as other laws committed in violations of federal statutes. During your affiant's employment with the FBI, affiant has conducted and assisted in several investigations related to federal firearms violations. Prior to becoming employed by the FBI, affiant was an officer in the United States Marine Corps.

## Purpose of Affidavit

3. Affiant makes this affidavit in support of an application for the issuance of a criminal complaint in the matter of AMOS DEKENDRIC PARKER (hereinafter PARKER) for suspected violation of Title 18, United States Code, Section 922(g)(1) – Felon in possession of ammunition.

4. The facts contained in this affidavit are the product of my investigation and the investigation of other law enforcement officers. The facts contained herein do not reflect all of my knowledge on this matter but are merely to establish the probable cause

1

that the above captioned violation has occurred.

5. On Sunday, September 5, 2021, shortly after 5:00 am, Elizabeth City Police Department (ECPD) Officer J.D. Colon responded to the intersection of East Colonial Avenue and North McMorrine Street in Elizabeth City, North Carolina in reference to gunshots fired. Upon arrival, Officer Colon discovered that several buildings and a utility pole on North McMorrine Street sustained what appeared to be damage from gunshots. Officer Colon located sixteen .223 caliber shell casings and eight Ruger .45 caliber shell casings on the sidewalk and street in the vicinity of 502 East Colonial, Elizabeth City, North Carolina.

6. After securing the scene, Officer Colon located a witness, who stated that he observed the shots fired. The witness advised that there was some sort of disturbance between "BAY BAY," TAVORI LINDSEY, and an unknown male. The witness stated that during the disturbance, "BAY BAY" and LINDSEY began firing at the unknown male. The witness also told officers that "BAY BAY" fired a handgun and LINDSEY fired a rifle.[1]

7. Later that evening, Officer Colon and Sergeant B.J. Martin reviewed audio and video footage from an Elizabeth City camera that was located on a utility pole at the southwest corner of East Colonial Avenue and North McMorrine Street. Sgt Martin was able to positively identify the individual in the video footage who was firing the handgun as PARKER, who he recognized based on prior law enforcement contacts with PARKER.

---

[1] "BAY BAY" has been previously identified, through the use of cooperating defendants, as AMOS DEKENDRIC PARKER. Additionally, a review of PARKER's National Crime Information Center (NCIC) revealed one of his alias's is BAY BAY PARKER.

8. On September 20, 2021, your affiant reviewed the audio and video footage from the camera listed above. At approximately 5:00 am, PARKER can be seen on the recording exiting a storefront door in the vicinity of the northeast corner of East Colonial Avenue and North McMorrine Street. PARKER then walked east on Colonial Avenue and met up with LINDSEY who exited a storefront door in the vicinity of City Cues, an after hours club located at 504 East Colonial Avenue. Someone can be heard on the recording stating, "We killing everything out of this bitch." PARKER turned and began walking west on East Colonial Avenue toward the city camera located at the intersection of East Colonial and North McMorrine. PARKER stopped in the intersection, under the street lights, and stated," I'm gonna shoot them too." PARKER then turned and walked back east down East Colonial Avenue on the southern sidewalk.

9. A few moments later, two unidentified black males exited a storefront door in the vicinity of City Cues and began walking west down East Colonial Avenue on the southern sidewalk, toward PARKER. After they passed, PARKER pulled a handgun from his waistband and fired toward both of them. The two unidentified males fled while PARKER walked back across East Colonial Avenue to the north side of the street and fired approximately seven shots south toward the southeast corner of East Colonial Avenue and North McMorrine Street. While PARKER was firing the handgun, LINDSEY began to fire an AR-15 style rifle, which he was carrying upon his return to the sidewalk. PARKER and LINDSEY then fled east down East Colonial Avenue. The shell casings referenced above were recovered from locations consistent with where the firearms appeared to be fired from in the video. Additionally, based on the video and the witness' account, no other firearms were discharged in the area.

10. Your affiant reviewed the NCIC record associated with PARKER and found that PARKER is a convicted felon. On July 29, 2003, he was convicted of Common Law Robbery in Pasquotank County Superior Court and received a sentence of 13 to 16 months imprisonment. On February 4, 2009, he was convicted of Accessory after the Fact to Robbery with a Dangerous Weapon in Pasquotank County Superior Court and received a sentence of 19 to 23 months imprisonment. On April 23, 2019, he was convicted of Possession with Intent to Manufacture, Sell, or Deliver Cocaine and Possession with Intent to Sell or Deliver Marijuana in Pasquotank County Superior Court and received a sentence of 10 to 21 months imprisonment. PARKER'S transcripts of plea for the each of the above convictions show he pleaded guilty to the offenses while represented by counsel; thus, he would have been aware of his status as a convicted felon.

11. On November 23, 2021, your affiant consulted with Bureau of Alcohol, Tobacco, and Firearms Senior Special Agent John Griffin, who determined that the Ruger .45 caliber shell casings recovered from the vicinity of East Colonial Avenue and North McMorrine Street in Elizabeth City, North Carolina were not manufactured in the state of North Carolina, thereby affecting interstate commerce.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

12. Based on the foregoing investigation, I have probable cause to believe that AMOS DEKENDRIC PARKER did possess ammunition as a convicted felon in violation of Title 18, United States Code, Section 922(g).

Respectfully submitted,

CHRISTOPHER A. HEDGES
Special Agent
Federal Bureau of Investigation

On this 24 day of November, 2021, Special Agent Christopher A. Hedges appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit.

JAMES E. GATES
United States Magistrate Judge

5